| United States District Court | DISTRICT OF MINNESOTA |
|---|---|

| Faunus IP Holdings LLC | Court File Number |
|---|---|
| Plaintiff, | 0:26-cv-02582-JWB-JFD |
| v. | |
| Starkey Laboratories Inc | |
| Defendant, | **Affidavit of Service** |

State of Minnesota )

County of Hennepin )

I, Tamara Johnson, state that on Wednesday, May 13, 2026 at 9:22 AM I served the Summons; Complaint For Patent Infringement; Exhibits; Motion For Admission Pro Hac Vice; Plaintiff's Rule 7.1 Disclosure Statement; Certificate of Service; and Report On The Filing Of An Action Regarding A Patent Or Trademark upon Starkey Laboratories, Inc., therein named, personally at 1010 Dale Street North, Saint Paul, MN 55117, by handing to and leaving with Liz Burke, Agent for C T Corporation System Inc, authorized to accept service, the Registered Agent for Starkey Laboratories, Inc., a true and correct copy thereof.

I declare under penalty of perjury that this information is true.

Dated: 5/13/2026

_____
Tamara Johnson, Process Server



*2815840 - 1*



legal support specialists since 1969

616 South 3rd Street
Minneapolis, MN 55415-1104
(800) 488-8994
www.metrolegal.com

RE: Starkey Laboratories, Inc                    -1-